**Order entered September 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00864-CV

**JOHNATHAN HALTON AND CAROLYN HALTON, Appellants**

**V.**

**AMERICAN RISK INSURANCE COMPANY, JOHN T. PARKER CLAIMS-HOUSTON, INC., JOHN T. PARKER CLAIMS-LONGVIEW, INC., AND AARON MARTIN, Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06385-B**

## ORDER

We **GRANT** appellant's September 10, 2015 unopposed motion for leave to file an amended brief on the merits. Appellant shall file the amended brief **WITHIN TEN DAYS** of the date of this order.


/s/     ELIZABETH LANG-MIERS
         JUSTICE